.NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**OLE K. NILSSEN,**
*Plaintiff,*

**and**

**GEO FOUNDATION, LTD.,**
*Plaintiff-Appellant,*

**v.**

**WAL-MART STORES, INC.,**
*Defendant-Appellee,*

**and**

**COSTCO WHOLESALE CORP.,**
*Defendant-Appellee,*

**and**

**MENARD, INC., ACE HARDWARE CORP., TRUSERV CORPORATION, and HOME DEPOT, INC.,**
*Defendants,*

**and**

**LOWE'S HOME CENTERS, INC.,**
*Defendant-Appellee,*

**and**

**IKEA ILLINOIS, LLC,**
*Defendant-Appellee.*

---

2010-1139

Appeal from the United States District Court for the Northern District of Illinois in case no. 04-CV-5363, Judge Robert W. Gettleman.

## ON MOTION

Before LOURIE, *Circuit Judge.*

## ORDER

Geo Foundation, Ltd. moves to stay oral argument in this case pending the court's disposition in *Therasense, Inc. v. Becton, Dickinson & Co.*, 2008-1511 et al. Wal-Mart Stores, Inc., Costco Wholesale Corp., Lowe's Home Centers, Inc., and IKEA Illinois, LLC oppose. Geo replies. Wal-Mart, Costco, Lowe's, and IKEA Illinois move for sanctions pursuant to Fed. R. App. P. 38. Geo moves without opposition for a seven-day extension of time, until August 12, 2010, to respond to the sanctions motion. Geo opposes the sanctions motion. Wal-Mart, Costco, Lowe's, and IKEA Illinois reply.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to stay is granted. Geo is directed to respond within 21 days of the date of issuance of the mandate in *Therasense* how it believes this appeal should proceed. Any other party may also respond within that time.

(2) The motion for an extension of time to respond to the sanctions motion is granted.

(3)  The motion for sanctions is deferred for consideration by the merits panel assigned to hear this case.  The motion, opposition, reply, and a copy of this order shall be transmitted to the merits panel.

FOR THE COURT

SEP 1 0 2010
_____

Date

/s/ Jan Horbaly
_____

Jan Horbaly

Clerk

cc:  Leland W. Hutchinson, Jr., Esq.
Anthony James Fitzpatrick, Esq.
Margaret M. Duncan, Esq.
Kimball R. Anderson, Esq.
Gary William Smith, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2010

JAN HORBALY
CLERK